**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Annette Fuller Roach
Roach and Roach
PO Box 1747
Lake Charles LA 70602

John Green, Jr.
Law Offices of John Green, Jr.
1135 Hodges St.
Lake Charles LA 70601

> Judgment on rehearing rendered and mailed to all parties or counsel of record on May 12, 2021

**REHEARING ACTION: May 12, 2021**

**Docket Number: 20   00170-KA**

**STATE OF LOUISIANA**
**VERSUS**
**CHRISTOPHER MICHAEL VACCARO**

**Appealed from Jefferson Davis Parish Case No. CR-647-18**

**BEFORE JUDGES:**

   **Hon. Elizabeth A. Pickett**
   **Hon. Billy Howard Ezell**
   **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Christopher Michael Vaccaro** has this day been

   **DENIED.**

cc: Michael Cade Cassidy, Counsel for the Appellee
    Robert Leyton Odinet, Counsel for the Appellee